ELLEN A. COUSE, as Administratrix, etc., Appellant, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Respondent.

(Argued December 2, 1889; decided December 17, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made June 25, 1888, which affirmed a judgment entered upon an order dismissing the complaint on trial.

*John W. Lyon* for appellant.

*Lewis E. Carr* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.